Naziyr R. Z. Yishmael
24417 25th Avenue South
Des Moines, Washington

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **Naziyr Yishmael**<br>    *Plaintiffs*<br>vs.<br>**AMERICAN HOME MORTGAGE INVESTMENT CORPORATION d/b/a as AMERICAN BROERS CONDUIT; AURORA BANK FSB; NATIONSTAR MORTGAGE, LLC; U.S. BANK, N.A. AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,SERIES 2007-18N; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC; QUALITY LOAN SERVICE CORP.; Property Commonly Known as 24417 25th Avenue South, Des Moines, Washington; AND JOHN DOE 1-50**<br>    *Defendants.* | Case No. C16-247RSL<br><br>**PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**<br>NOTING DATE APRIL 22, 2016 |

## **PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

Plaintiff, Naziyr Yishmael (Yishmael), files this response to this Honorable Court's Order to Show Cause that was issued on April 6th 2016 and states:

1. Plaintiff initiated this action in King County Superior Court on January 22, 2016, after researching pertinent procedural rules.  Subsequently, on or about February Defendants removed this action Federal Court, in error.  Plaintiff is pro se and not an expert in law or court procedures, and Plaintiff must continue to make a living beyond this action while adapting to Federal Procedure in order to properly move this court to remand; and therefore Plaintiff did prioritize and resolved to move forward in single intent and adapt when necessary.  In assessing this matter and choosing to focus on the lack of subject matter jurisdiction, Plaintiff's choice was in no way meant to disrespect this Honorable Court, but to set the matter in its proper jurisdiction so that we can move forward to closure.

2. Washington State's Constitution Article IV, §6 states in pertinent part,

    "…The superior court shall have original jurisdiction in all cases at law which involve the title or possession of real property…"

    Superior Courts of Washington have been provided with original jurisdiction of such matters as specific to this cases.  Barring any citation of unfairness or hindrances of justice by actions of State actors, this matter should be heard and decided in Superior Court.  Though courts have apparently agreed to instill the doctrine of diversity in cases in which Defendants think that they may not get a fair trial in a state in which they are not a citizen, when there are no federal issues. Defendants' in this instant matter stated no such concern, but did mistakenly believe that Plaintiff included a Federal claim by way of Federal Debt Collection Practices Act.  In any case, Plaintiff objects to any move of this case to any court that lacks jurisdiction because such actions delay any conclusion.

3. Diversity does not exist in this instant matter. Supreme Court has taken the position of Navarro in the matter of citizenship of Trust and other non-incorporated entities and therefore defendant U.S. Bank, as Trustee is considered a citizen of Washington State.

**Conclusion**

fI ask the court to forgive my indiscretion as I intended no disrespect

- 2 -
PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Dated this 19th day of April 2016

s/Naziyr Yishmael___
24417 25th Avenue South
Des Moines Washington
206.574.8669

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **Naziyr Yishmael**<br>    *Plaintiffs*<br>vs.<br>**AMERICAN HOME MORTGAGE INVESTMENT CORPORATION d/b/a as AMERICAN BROERS CONDUIT; AURORA BANK FSB, et al**<br>    *Defendants.* | Case No. C16-247RSL<br><br>**CERTIFICATE OF SERVICE** |

   I certify that on April 13, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Barbara L. Bollero, attorney of record for Defendants; NationStar Mortgage LLC, Mortgage Electronic Registration Systems, Inc., and U.S. Bank as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-18N

And I certify that I have mailed by the United State Postal Service the document to the following non CM/ECF participants:

American Home Mortgage Investment Corp. d/b/a American Brokers Conduit c/o AHM Liquid Trust P.O. Box 10550

Dated: April 13, 2016

s/Naziyr Ruwack Zadaq Yishmael
24417 25th Avenue South
Des Moines Washington
206.574.8669